JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, ___ F. Supp. 2d ___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC - 7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT  DIV. C.A.#**

ALABAMA MIDDLE
    ALM    2   04-711              Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund v. Pfizer, Inc., et al.

ALABAMA SOUTHERN
    ALS    1   04-463              Nancy Coleman, et al. v. Pfizer, Inc., et al.

FLORIDA SOUTHERN
    FLS    1   04-22228            Ana Medero, et al. v. Pfizer, Inc., et al.

ILLINOIS NORTHERN
    ILN    1   04-4467             Allied Services Division Welfare Fund v. Pfizer, Inc., et al.

LOUISIANA EASTERN
    LAE    2   04-1735             Linda Rizzo v. Pfizer, Inc.
    LAE    2   04-2087             Tracey Lynn Robichaux, et al. v. Pfizer, Inc.
    LAE    2   04-2509             Louisiana Health Service Indemnity Co. v. Pfizer, Inc., et al.

MISSOURI EASTERN
    ~~MOE    4   04-982~~            ~~Elizabeth Judy v. Pfizer, Inc., et al.~~ Vacated 12/1/04

MISSISSIPPI NORTHERN
    ~~MSN    2   04-255~~            ~~Mary Cooper, et al. v. Pfizer, Inc.~~ Opposed 12/1/04
    ~~MSN    4   04-275~~            ~~Leroy Anderson, et al. v. Pfizer, Inc., et al.~~ Opposed 12/1/04

NEW JERSEY
    NJ     2   04-4236             Steven Kail, et al. v. Pfizer, Inc., et al.
    NJ     2   04-4497             International Union of Operating Engineers Local No. 68 Welfare Fund v. Pfizer, Inc., et al.
    NJ     2   04-4593             Alaska Electrical Pension Fund v. Pfizer, Inc., et al.

OKLAHOMA EASTERN
    OKE    6   04-375              Jerry Hollaway, et al. v. Pfizer, Inc., et al.

TENNESSEE EASTERN
    TNE    2   04-337              Bauda V.L. Sutton v. Pfizer, Inc., et al.

TEXAS EASTERN
    ~~TXE    2   04-309~~            ~~Linda Barker v. Pfizer, Inc., et al.~~ Opposed 12/7/04

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:04-cv-04236-JAP-MCA

04cv 12621 PBS

KAIL et al v. PFIZER INC. et al
Assigned to: Judge Joel A. Pisano
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 18:1964 Racketeering (RICO) Act

Date Filed: 08/31/2004
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

STEVEN KAIL     represented by  FELICIA S. ENNIS
ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK P.C.

8 HACKENSACK AVENUE
SOUTH KEARNY, NJ 07032
(973) 522-0766
Email: fse@robinsonbrog.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

NANCY TODD
*ON BEHALF OF THEMSELVES AND ALL PERSONS SIMILARLY SITUATED*
represented by FELICIA S. ENNIS
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

PFIZER INC.     represented by  RICHARD G. PLACEY
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(856) 488-7700
Email: rplacey@mmwr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

PARKE-DAVIS     represented by RICHARD G. PLACEY
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |

| 08/31/2004 | 1 | COMPLAINT against PARKE-DAVIS, PFIZER INC. ( Filing fee $ 150 receipt number 325835.) , filed by STEVEN KAIL, NANCY TODD. (Attachments: # (1) COMPLAINT -2# 2 RULE 7.1 STATEMENT)(dr, ) Additional attachment(s) added on 10/29/2004 (dr, ). (Entered: 09/02/2004) |
| --- | --- | --- |
| 09/02/2004 | | Summons Issued as to PARKE-DAVIS, PFIZER INC..Days Due - 20. Mailed to COunsel (dr, ) (Entered: 09/02/2004) |
| 10/22/2004 | 2 | NOTICE of Appearance by RICHARD G. PLACEY on behalf of all defendants (PLACEY, RICHARD) (Entered: 10/22/2004) |
| 11/01/2004 | 3 | CONSENT ORDER waiving service purs to F.R.Civ.P.4(d) that any & all obj. or defenses are preserved. All deadlines& proceedings shall be STAYED effective as of the date of this order; etc.. Signed by Judge Madeline C. Arleo on 10/25/04. (DD, ) (Entered: 11/01/2004) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 12/14/2004 16:05:25 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:04-cv-04236-JAP-MCA Start date: 1/1/1970 End date: 12/14/2004 |
| Billable Pages: | 1 | Cost: | 0.07 |