UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
50 WALNUT STREET
NEWARK, NEW JERSEY 07101

CAMDEN OFFICE
1 JOHN F. GERRY PLAZA
CAMDEN, NJ 08101

WILLIAM T. WALSH
Clerk

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 Courthouse Way
Boston, MA 02210

REPLY TO: NEWARK

Date: 12/22/04

Re: KALI, ET AL V PFIZER, ETAL
Civil Docket No. 04-4236          MA # 1:04cv12621 PBS

Dear Clerk:

The above-captioned case has been transferred to your court pursuant to the enclosed Certified copy of the MDL Order dated 12/21/04. Also enclosed is a Certified Copy of the Docket Sheet. You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By: _Jane DelleMonache_
    Jane DelleMonache
    Deputy Clerk

RECEIPT ACKNOWLEDGED BY: _Christno Patco_   DATE: _1/4/05_

YOUR CIVIL DOCKET NUMBER: _04cv12621_

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:04-cv-04236-JAP-MCA

KAIL et al v. PFIZER INC. et al
Assigned to: Judge Joel A. Pisano
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 18:1964 Racketeering (RICO) Act

Date Filed: 08/31/2004
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**STEVEN KAIL**     represented by    **FELICIA S. ENNIS**
ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
8 HACKENSACK AVENUE
SOUTH KEARNY, NJ 07032
(973) 522-0766
Email: fse@robinsonbrog.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NANCY TODD**     represented by    **FELICIA S. ENNIS**
*ON BEHALF OF THEMSELVES AND ALL PERSONS SIMILARLY SITUATED*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PFIZER INC.**     represented by    **RICHARD G. PLACEY**
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR

457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(856) 488-7700
Email: rplacey@mmwr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**PARKE-DAVIS** represented by **RICHARD G. PLACEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2004 | 1 | COMPLAINT against PARKE-DAVIS, PFIZER INC. ( Filing fee $ 150 receipt number 325835.) , filed by STEVEN KAIL, NANCY TODD. (Attachments: # (1) COMPLAINT -2# 2 RULE 7.1 STATEMENT)(dr, ) Additional attachment(s) added on 10/29/2004 (dr, ). (Entered: 09/02/2004) |
| 09/02/2004 | | Summons Issued as to PARKE-DAVIS, PFIZER INC..Days Due - 20. Mailed to COunsel (dr, ) (Entered: 09/02/2004) |
| 10/22/2004 | 2 | NOTICE of Appearance by RICHARD G. PLACEY on behalf of all defendants (PLACEY, RICHARD) (Entered: 10/22/2004) |
| 11/01/2004 | 3 | CONSENT ORDER waiving service purs to F.R.Civ.P.4(d) that any & all obj. or defenses are preserved. All deadlines& proceedings shall be STAYED effective as of the date of this order; etc.. Signed by Judge Madeline C. Arleo on 10/25/04. (DD, ) (Entered: 11/01/2004) |
| 12/21/2004 | 4 | Certified Copy of MDL Order transferring case to District of Massachusetts. (jd, ) (Entered: 12/22/2004) |
| 12/22/2004 | | ***Civil Case Terminated. (jd, ) (Entered: 12/22/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/04/2005 11:00:48 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-04236-JAP-MCA Start date: 1/1/1970 End date: 1/4/2005 |
| **Billable Pages:** | 1 | **Cost:** | 0.07 |